UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-378-MOC
3:12-cr-13-MOC-DCK-6

| | |
|---|---|
| OTIS SUTTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion on the Government's Response to Order to Show Cause, (Doc. No. 11), and the United States Supreme Court's decision in <u>United States v. Davis</u>, No. 18-431.

For the reasons stated in the Court's Show Cause Order, (Doc. No. 10), and on the Government's agreement that the stay in this matter should be lifted, (Doc. No. 11), the Court will lift the stay and order that the Government has 30 days to file its response to the Petitioner's § 2255 Motion to Vacate, (Doc. No. 1).

**IT IS, THEREFORE, ORDERED** that the stay in this matter is hereby **LIFTED** and the Government shall have thirty (30) days from this Order to file its response in this matter.

Signed: April 20, 2020



Max O. Cogburn Jr.
United States District Judge

1