# United States District Court
# Western District of North Carolina
# Charlotte Division

|  |  |  |
|---|---|---|
| **Otis Sutton,** | ) | JUDGMENT IN CASE |
|  | ) |  |
| Petitioner(s), | ) | 3:16-cv-00378-MOC |
|  | ) | 3:12-cr-00013-MOC-DCK |
| vs. | ) |  |
|  | ) |  |
| **USA,** | ) |  |
| Respondent(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2022 Order.

September 26, 2022

Frank G. Johns, Clerk
United States District Court